UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILLIAM DUFFY, GENE PANESSA and JAMES MASCARELLA,

           Plaintiffs,

v.

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, GEORGE STAMBOULIDIS, EDWIN L. CHRISTIAN, WALTER J. McKENNA, CHRISTOPHER T. CONFREY, JOHN R. POWERS, DANIEL NOESGES, ROBERT LiMANDRI and THE NEW YORK CITY DEPARTMENT OF BUILDINGS,

           Defendants.

Civil Action No. 10-3111-SJ

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as the court-appointed Ethical Practices Attorney of the International Union of Operating Engineers Local 14-14B.

Dated: New York, New York
       August 10, 2010

                                    George A. Stamboulidis, Esq.
                                    Federal Bar # GS0240
                                    The Ethical Practices Attorney –
                                    IUOE Local 14-14B
                                    Baker Hostetler, LLP
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    P: (212) 589-4200
                                    F: (212) 589-4201
                                    E: gstamboulidis@bakerlaw.com