

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Diana M. Murray<br>Phone:(212) 788-1278<br>Fax:(212) 791-9714<br>E-mail:dmurray@law.nyc.gov |
|---|---|---|

February 4, 2011

BY ECF

Honorable Sterling Johnson, Jr.
United States District Court
Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Duffy et al. v. International Union of Operating Engineers Local 14-14B et al, CV 10-311

Dear Judge Johnson:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendants Robert LiMandri and the New York Department of Buildings in the above-referenced action. I write to apologize for my failure to appear at the conference on Wednesday, February 2, 2011. I mistakenly had noted the appearance in my calendar for today February 4th. Only upon arrival in Your Honor's courtroom was I aware of my mistake. I greatly regret any inconvenience caused by my error.

                             Very truly yours,

                             Diana M. Murray
                             Assistant Corporation Counsel

cc. (by ECF): Robert J. LaReddola, Esq.
              James M. Steinberg, Esq.
              George A. Stamboulidis, Esq.