**BRADY MCGUIRE & STEINBERG, P.C.**
ATTORNEYS-AT-LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5755 OR (914) 478-4293
TELECOPY NO. (914) 478-4142
EMAIL bms.law@verizon.net

Direct EMAIL james@bradymcguiresteinberg.com

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

*ADMITTED IN NEW YORK AND NEW JERSEY

ROBERT D. BRADY
OF COUNSEL

March 15, 2011

Via ECF Filing Only

The Honorable Sterling Johnson
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: William Duffy *et al.* v. International Union of Operating
           Engineers Local 14-14B *et al.*
           Civil Case No. CV-10-3111 (SJ)()

Dear Judge Johnson:

    Our office represents Defendants International Union of Operating Engineers Local 14-14B, Edwin L. Christian, Walter J. McKenna, Christopher T. Confrey, John R. Powers and Daniel Noesges (collectively referred to as the "Local 14 Defendants") in connection with the above-captioned matter which is currently scheduled for a status conference on Thursday, March 17, 2011 at 9:30 a.m. In that the parties are awaiting Your Honor's written decisions on various motions, we are respectfully requesting that the conference be adjourned for a period of thirty (30) days. The undersigned has received the consent of the other attorneys in this matter and the relief sought herein has not previously been requested.

    Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*

James M. Steinberg (JS-3515)

Cc: Robert J. La Reddola, Esq.
     Frederick K. Brewington, Esq.
     George A. Stamboulidis, Esq.
     Lauren J. Resnick, Esq.
     Patrick T. Campbell, Esq.
     Diana M. Murray, Esq.