**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

WILLIAM DUFFY, GENE PANESSA and
JAMES MASCARELLA,

                Plaintiffs,

      v.

INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, GEORGE
STAMBOULIDIS, EDWIN L. CHRISTIAN,
WALTER J. McKENNA, CHRISTOPHER T.
CONFREY, JOHN R. POWERS, DANIEL
NOESGES, ROBERT LiMANDRI and THE
NEW YORK CITY DEPARTMENT OF
BUILDINGS,

                Defendants.

Civil Action No. 10-3111 (SJ)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Denise D. Vasel, of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 10111 hereby appears on behalf of George A. Stamboulidis, Esq., in the above-captioned action.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated:  March 29, 2011
       New York, New York

Respectfully Submitted,

Denise D. Vasel
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York  10111
Tel: 212-589-4200
Fax: 212-589-4201
dvasel@bakerlaw.com

*Counsel for George A. Stamboulidis, Esq.*